IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                               Civil Action No: 8:03-cv-1814-T-17MSS

v.

IMC PHOSPHATES COMPANY,

    Defendant.

_____/

**ORDER TERMINATING CONSENT DECREE**

The Court having received the unopposed motion of Defendant, Mosaic Fertilizer, LLC (successor by merger to Mosaic Phosphates Company, f/k/a IMC Phosphates Company), for termination of the consent decree entered in this case on October 13, 2003 ("Consent Decree") (Dkt. 13), and the Court having considered the motion, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said Consent Decree is hereby terminated.

Dated: November 15, 2021

                                              _____
                                              WILLIAM F. JUNG
                                              UNITED STATES DISTRICT JUDGE